IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JASON WEST,<br><br>　　　　　　　　Defendant | NO. 5: 04-MJ-06-04 (CWH)<br><br>RE:  **VIOLATION OF PROBATION** |

## O R D E R

　　Defendant JASON WEST appeared before the undersigned on August 4, 2005, for a hearing on the **PETITION FOR ACTION ON PROBATION** filed herein on July 27, 2005, by U. S. Probation Officer Donald Coneway, Sr.  Tab #18.  He was represented by Mr. Doye E. Green, Jr. by appointment of the court. Defendant WEST admitted under oath the violation set forth in the petition, to-wit: possession of amphetamine/methamphetamine evidenced by a positive urinalysis by Scientific Testing Laboratories based on a test submitted June 30, 2005.

　　The court notes that Mr. West previously appeared before the undersigned on March 4, 2005, on an earlier **PETITION FOR ACTION ON PROBATION** filed by Mr. Coneway dated February 14, 2005. At that hearing, the court recommended the defendant's sentence of probation, directed him to continue participation in a program of mental health treatment and counseling as directed by the U.S. Probation Office, and directed him to take all medications prescribed for his bipolar disorder as directed by his medical treatment provider.  In light of this, the court on August 4th found defendant WEST to be in violation of his sentence of probation and advised him that an order of revocation would be held in abeyance by the court, but that in the event any further violations were REPORTED to the court, the court would REVOKE his probation for a period of **FOUR (4) MONTHS** without convening a sentencing hearing, based upon the findings hereinabove made.

　　SO ORDERED AND DIRECTED, this 22nd day of AUGUST, 2005.



　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE